NATIONAL FOLDING BOX & PAPER CO. v. ROBERTSON et al.

(Circuit Court of Appeals, Second Circuit. October 24, 1900.)

No. 41.

PATENTS—APPEAL FROM ORDER GRANTING PRELIMINARY INJUNCTION—EFFECT OF EXPIRATION OF PATENT.

A preliminary injunction against the infringement of a patent terminates with the expiration of the patent by limitation, and an appeal from the order granting such injunction, pending and undetermined at the time of such expiration, will be dismissed.

Appeal from the Circuit Court of the United States for the District of Connecticut.

Walter D. Edmonds and Philip C. Peck, for the motion.

Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. This is a motion to dismiss an appeal taken from an order enjoining defendants pendente lite in a suit for infringing letters patent. The ground of the application is that the patent in suit expired by limitation, October 9, 1900. Precisely the same point was raised in the circuit court of appeals for the First circuit. Gamewell Fire-Alarm Tel. Co. v. Municipal Signal Co., 9 C. C. A. 450, 61 Fed. 208. That court held that, in view of the expiration of the patent, the interlocutory injunction appealed from terminated, and that there was therefore "nothing remaining for a judgment of

this court to act upon. In this condition of the cause the court will no further consider whether the injunction was or was not properly granted, but will dismiss the appeal." In this expression of opinion we entirely concur. The motion is granted.